UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WELLS FARGO BANK, N.A.,

          Plaintiff,

v.                                                                              Case No.  5:12-cv-183-Oc-32TBS

MICHAEL FLASKEY, GLEN E. FUTRELL,
JOHN W. DIXON, UNKNOWN
PARTY/PARTIES IN POSSESSION, THE
STATE OF FLORIDA, PINE ISLAND
COMMUNITY DEVELOPMENT DISTRICT,
BELLA COLLINA PROPERTY OWNER'S
ASSOCIATION, INC.,

          Defendants.
_____

## ORDER

Pending before the Court is Wells Fargo Bank, N.A.'s Motion For Extension Of Time To Conduct Case Management Conference (Doc. 10.)  Pursuant to Local Rule 3.05(c)(2)(B), counsel and any unrepresented party are required to meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant for the purpose of preparing and filing a Case Management Report.   While Defendant Michael Flaskey was served on April 23, 2012, Defendant John Dixon was not served until June 20, 2012 and Plaintiff has been unable to obtain service on Defendant Glen E. Futrell.  Accordingly, Plaintiff seeks an additional thirty days within which to conduct the case management conference.

Upon due consideration, Wells Fargo Bank, N.A.'s Motion For Extension Of Time To Conduct Case Management Conference (Doc. 10)  is GRANTED.  The parties shall conduct their case management Cconference on or before July 23, 2012 and file the

case management report within 14 days of the case management conference as required by Local Rule 3.05(c)(2)(B).

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on June 25, 2012.

                                    THOMAS B. SMITH
                                    United States Magistrate Judge

Copies to:
    All Counsel