**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**WELLS FARGO BANK, N.A.,**

    **Plaintiff,**

v.                                       **Case No: 5:12-CV-183-Oc-32PRL**

**MICHAEL FLASKEY, GLEN E. FUTRELL, JOHN W. DIXON, UNKNOWN PARTY/PARTIES IN POSSESSION, THE STATE OF FLORIDA, PINE ISLAND COMMUNITY DEVELOPMENT DISTRICT and BELLA COLLINA PROPERTY OWNERS ASSOCIATION, INCORPORATED**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff Wells Fargo Bank, N.A.'s motion for an extension of time to serve process on Defendant John W. Dixon. (Doc. 21). On March 30, 2012, Plaintiff filed its Complaint (Doc. 1) and summonses were issued. (Doc. 3). Pursuant to Rule 4(m), Fed.R.Civ.P., service of the summons and complaint must be made within 120 days after filing the complaint. However, the Court has discretion to extend the time for service. See Fed.R.Civ.P.4(m); Horenkamp v. Van Winkle and Co., Inc., 402 F.3d 1129, 1132-33 (11th Cir. 2005)(holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause).

Plaintiff represents that despite diligent efforts, it has been unable to serve Defendant, John W. Dixon. Accordingly, Plaintiff seeks a 60-day extension of time to effect service of process. Upon due consideration, Plaintiff's motion (Doc. 21) is

**GRANTED**.  Plaintiff shall serve Defendant, John W. Dixon on or before **September 18, 2012.**

  **DONE** and **ORDERED** in Ocala, Florida on July 18, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties