UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:12-CV-183-OC-32TBS

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

MICHAEL FLASKEY, GLEN E. FUTRELL,
JOHN W. DIXON, UNKNOWN
PARTY/PARTIES IN POSSESSION, THE STATE
OF FLORIDA, PINE ISLAND COMMUNITY
DEVELOPMENT DISTRICT, BELLA COLLINA
PROPERTY OWNER'S ASSOCIATION, INC.,

    Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, Wells Fargo Bank, N.A., and Defendants Michael Flaskey and Glen E. Futrell, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees herein.

| | |
|---|---|
| South Milhausen, P.A. | Fox Rothschild, LLP |
| 1000 Legion Place, Suite 1200 | 222 Lakeview Avenue, Suite 700 |
| Orlando, FL 32801 | West Palm Beach, FL 33401 |
| Telephone: (407) 539-1638 | Telephone: (561) 804-4417 |
| Facsimile: (407) 539-2679 | Facsimile: (561) 835-9602 |
| | |
| BY: /s/ *Sherry A. Labmbson-Eisele* | BY: /s/ *David A. Greene* |
|     Sherry A. Lambson-Eisele, Esq. |     David A. Greene |
|     Florida Bar Number: 0020516 |     Florida Bar No. 87629 |
|     sleisele@southmilhausen.com |     dgreene@foxrothschild.com |
| ***Attorneys for Defendants, Michael Flaskey and Glen E. Futrell*** | ***Attorneys for Plaintiff, Wells Fargo Bank ,N.A.*** |

WP1 558963v1 04/12/13