**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.                                              Case No. 5:12-cv-183-Oc-32PRL

MICHAEL FLASKEY, et al.,
Defendants.

_____

**ORDER**

Upon review of the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 47), this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of April, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record